CUADRO, RECURRENTE, *v.* EL REGISTRADOR DE ARECIBO, RECURRIDO.

RECURSO gubernativo contra nota del Registrador de la Propiedad de Arecibo denegando la inscripción de una orden de embargo.

No. 553.—Resuelto en diciembre 5, 1922.

CORTES MUNICIPALES—JURISDICCIÓN—CUANTÍA DE LA RECLAMACIÓN.—Un mandamiento de embargo para ejecución de una sentencia por $497 e intereses contados a partir de la fecha de la misma es inscribible y no puede concluirse que dicha corte carecía de jurisdicción para dictar tal sentencia.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. E. Marín Marién.*

El registrador recurrido no compareció.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

Presentada una orden de ejecución de sentencia dictada por la Corte Municipal de Utuado al Registrador de la Propiedad de Arecibo, se negó éste a inscribirla sustancialmente por el fundamento de que la cuantía de la reclamación que se trataba de hacer efectiva excedía a la suma de quinientos dólares, y por tanto que dicha corte municipal carecía de jurisdicción.

Las leyes de la sesión de 1904, página 93, indican que un juez municipal tiene jurisdicción sobre todos los asuntos civiles en su distrito hasta la suma de quinientos dólares, intereses inclusive. La orden ante nos trata de hacer efectiva la suma de $497 con intereses inclusive desde la fecha de la orden y sostiene el apelante que la jurisdicción ha de determinarse no por los intereses concedidos en la sentencia, sino por la reclamación hecha en la demanda.

De la orden o escrito sometido en este caso aparece que la sentencia fué por la suma de $497 y que los intereses sólo corrían a partir o inmediatamente después de la sentencia. No consta que hubiera una reclamación en exceso de la suma de quinientos dólares, o que la acción fuera establecida por intereses además del principal. Por el contrario, lo que consta es que la acción estaba dentro de la cuantía de quinientos dólares, siendo la reclamación como hemos dicho, por la suma de $497.

Debe revocarse la nota del registrador y verificarse la anotación del embargo decretado.

> *Revocada la nota recurrida y ordenada la anotación del embargo.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Aldrey, Hutchison y Franco Soto.